BENEFICIAL PERSONNEL SERVICES OF TEXAS, INC. and Business Staffing, Inc.

v.

Ramon REY.

No. 96–0853.

Supreme Court of Texas.

Jan. 23, 1997.

Appeal from 143rd District Court, Ward County; Bob Parks, Judge.

Prior report: Tex.App., 927 S.W.2d 157.

The joint application for writ of error is granted without reference to the merits and the judgment of the court of appeals is vacated without reference to the merits. The cause is remanded to the court of appeals in accordance with the settlement agreement of the parties. The joint motion to remand is dismissed as moot.

George A. ROBINSON IV, individually, Charter National Bank, Houston, Henry J.N. Taub II, and Anthony J.A. Bryan, trustees, and George A. Robinson IV

v.

Helen B. WILS, attorney ad litem.

No. 97–0026.

Supreme Court of Texas.

Feb. 6, 1997.

Appeal from Probate Court, Harris County; Mike Wood, Judge.

Prior report: Tex.App., 934 S.W.2d 774.

The joint motion pursuant to settlement agreement is granted. The applications for writ of error are granted without reference to the merits and the judgment of the courts below are vacated without reference to the merits. The cause is remanded to the trial court for entry of judgment in accordance with the settlement agreement of the parties.

The motion for extension of time to file respondent's brief is overruled as moot.